# Court of Appeals
# of the State of Georgia

ATLANTA,___April 12, 2016______

*The Court of Appeals hereby passes the following order:*

**A16D0297.  CHANDANI V. PATEL v. DEEPALI M. PATEL.**

Chandani and Roshni Patel filed a civil action against Deepali M. Patel, their stepmother, to quiet title in four parcels of real estate.  The trial court appointed a special master to the case but ultimately dismissed the case for lack of prosecution. Chandani and Roshni Patel filed a notice of appeal, which the trial court dismissed due to the failure to pay the clerk's costs.  The trial court also ordered the payment of fees to the special master.  Chandani and Roshni filed a notice of appeal from the dismissal of their appeal.  In an unpublished opinion, we affirmed the trial court's judgment.  See *Patel et al. v. Patel*, Case No. A15A1187, decided September 3, 2015.

In the interim, the trial court entered an order compelling the plaintiffs to pay fees to the special master in the amount of $1,358.09. After the remittitur issued in Case No. A15A1187, the special master filed a supplemental report on the nonpayment of fees, seeking additional fees.  After a hearing, which was not attended by the plaintiffs, the trial court entered an order, in which it awarded additional fees to the special master in the amount of $1,482.66, and noted that the plaintiffs had tendered the $1,358.09 into the court registry.  Plaintiff Chandani Patel has now filed an application for discretionary appeal from the trial court's order.

Although the amount of the fees awarded is less than $10,000.00, the underlying action is not an action for damages in which a final judgment of $10,000.00 or less was entered.  Because we conclude that the order complained of is not subject to the discretionary appeal procedure, this application is GRANTED as required under OCGA § 5-6-35 (j). Applicant shall have ten days from the date of this order to file a notice of appeal with the superior court. The superior court is instructed

to include a copy of this order in the record transmitted to this court.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____04/12/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*